# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA RAY,<br>　　　　Plaintiff,<br>　　　　v.<br><br>INTERNATIONAL COLLECTION CORPORATION, et al.<br>　　　　Defendants. | Case No. 17-8438 DSF (JCx)<br><br>JUDGMENT |

　　The Court having previously issued an Order to Show Cause for Failure to Prosecute and Plaintiff not having timely responded,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: June 13, 2018

_____
Dale S. Fischer
United States District Judge